UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY L. BEAVERS,

    Plaintiff,

                                    CASE NO. 14-CV-12305
v.                             HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #14) GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (DOC. #11), DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (DOC. #12) AND REMANDING ACTION

Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On June 3, 2015, Magistrate Judge Mona Majzoub issued her report, recommending that the court grant plaintiff's motion for summary judgment, deny the defendant's motion for summary judgment, and remand the matter to the Commissioner of Social Security.

The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by either party.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court hereby adopts the result recommended therein. Accordingly,

-1-

plaintiff's motion for summary judgment is hereby GRANTED. Defendant's motion for summary judgment is DENIED, and this cause of action is REMANDED to the Commissioner of Social Security as stated in the report and recommendation.

IT IS SO ORDERED.

Dated: June 30, 2015

                                 s/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk